IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA SHURTZ and IRA GOFF,<br>Co-Administrators of the Estate<br>of DANIEL GOFF, | )<br>)<br>)<br>) | 8:05CV22 |
| Plaintiffs, | )<br>) | |
| v. | )<br>)<br>) | REASSIGNMENT ORDER |
| STRUCTURAL SYSTEMS<br>TECHNOLOGY, INC., and DUHAMEL<br>BROADCASTING ENTERPRISES, INC., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

This matter is before this court sua sponte. This court believes that this case is related to Case No. 8:03CV47 *Duhamel Broadcasting v. Structural Systems, Inc.* Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Joseph F. Bataillon for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and pretrial matters. The telephone planning conference scheduled before Magistrate Judge David L. Piester on July 11, 2005, is canceled and will be rescheduled by Magistrate Judge Thalken.

DATED this 8th day of June, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge