IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LISA SHURTZ and IRA GOFF,** ) | | |
| **Co-Administrators of the Estate** ) | | |
| **of DANIEL GOFF,** ) | | |
| ) | **8:05CV22** | |
| **Plaintiffs,** ) | | |
| ) | | |
| vs. ) | **ORDER** | |
| ) | | |
| **STRUCTURAL SYSTEMS TECHNOLOGY,** ) | | |
| **INC., and DUHAMEL BROADCASTING** ) | | |
| **ENTERPRISES, INC.,** ) | | |
| ) | | |
| **Defendants.** ) | | |
| ) | | |
| **JEREMY SUKALEC and DAVID SUKALEC,** ) | | |
| **Co-Personal Representatives of the Estate** ) | | |
| **of LAWRENCE SUKALEC,** ) | | |
| ) | **8:05CV23** | |
| **Plaintiffs,** ) | | |
| ) | | |
| vs. ) | **ORDER** | |
| ) | | |
| **STRUCTURAL SYSTEMS TECHNOLOGY,** ) | | |
| **INC., and DUHAMEL BROADCASTING** ) | | |
| **ENTERPRISES, INC.,** ) | | |
| ) | | |
| **Defendants.** ) | | |

This matter is before the court the plaintiff's letter request to reschedule the planning conference currently set for July 8, 2005 at 2:00 p.m. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's request to reschedule the planning conference is granted to the extent set forth below.

2. A **telephone** conference with the undersigned magistrate judge will be held on **July 11, 2005** at **9:00 a.m. Central Daylight Time** for the purpose of reviewing the preparation of these cases to date and the scheduling of the cases to trial. Plaintiffs' counsel shall initiate the telephone conference.

DATED this 13th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge