## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA SHURTZ and IRA GOFF,<br>Co-Administrators of the Estate<br>of DANIEL GOFF, | ) ) ) ) | |
| | ) | 8:05CV22 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| STRUCTURAL SYSTEMS TECHNOLOGY,<br>INC., and DUHAMEL BROADCASTING<br>ENTERPRISES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| JEREMY SUKALEC and DAVID SUKALEC,<br>Co-Personal Representatives of the Estate<br>of LAWRENCE SUKALEC, | ) ) ) | |
| | ) | 8:05CV23 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| STRUCTURAL SYSTEMS TECHNOLOGY,<br>INC., and DUHAMEL BROADCASTING<br>ENTERPRISES, INC., | ) ) ) ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge on May 9, 2006 by counsel for the plaintiffs,

**IT IS ORDERED that:**

1.      The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the cases **on or before May 26, 2006**.  If the cases are being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2.      Absent compliance with this order, these cases (including all counterclaims and the like) may be dismissed without further notice in accordance with  NECivR 68.1.

3.     The pretrial conferences and trials previously scheduled are cancelled upon the representation that these cases are settled.

DATED this 10th day of May, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge