IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA SHURTZ, and IRA GOFF, co-administrators of the Estate of DANIEL GOFF, | ) ) ) ) | 8:05CV22 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STRUCTURAL SYSTEMS TECHNOLOGY, and DUHAMEL BROADCASTING ENTERPRISES, | ) ) ) ) | |
| Defendants. | ) | |
| JEREMY SUKALEC, and DAVID SUKALEC, co-personal representatives of the Estate of Lawrence Sukalec, | ) ) ) ) | 8:05CV23 |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| STRUCTURAL SYSTEMS TECHNOLOGY, and DUHAMEL BROADCASTING ENTERPRISES, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on plaintiffs' motions to dismiss with prejudice, Filing No. 64 in 8:05CV22 and Filing No. 50 in 8:05CV23. Plaintiffs have shown that the parties have entered into a settlement agreement that resolves all issues herein. Accordingly,

IT IS ORDERED that:

1. Plaintiffs' motions to dismiss with prejudice (Filing No. 64 in 8:05CV22 and Filing No. 50 in 8:05CV23) are granted;

2. These actions are dismissed with prejudice, each party to pay their own costs.

DATED this 13th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge